UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FARUKH KHAN, JOONWON PARK, JEONG HYUN CHU, MASUD KARIM, MD. RABIUL ISLAM and DOES 1-10 d/b/a www.testbanksolution.com, www.testbankpdfdownload.com, www.testbankonline.com, www.testbankcart.com, www.digitaltestbank.com, www.testbank007.com, www.solutionmanualcenter.com, www.testbank-official.com, and www.solutionmanualonline.com,<br><br>Defendants. | Case No. 1:16-CV-09030-PGG |

## [PROPOSED] ORDER TO SHOW CAUSE

Plaintiffs McGraw-Hill Global Education Holdings, LLC, Elsevier, Inc., John Wiley & Sons, Inc., Cengage Learning, Inc., and Pearson Education, Inc., having moved the Court for a Default Judgment and Permanent Injunction Against Defendants Farukh Khan, Joonwon Park, Jeong Hyun Chu, Masud Karim, Md. Rabiul Islam, and Does 1-10 d/b/a www.testbanksolution.com, www.testbankpdfdownload.com, www.testbankonline.com, www.testbankcart.com, www.digitaltestbank.com, www.testbank007.com, www.solutionmanualcenter.com, www.testbank-official.com, and www.solutionmanualonline.com ("Defendants"); and

The Clerk of Court having entered default against Defendants on February 28, 2017 for their failure to file an answer or otherwise respond to the Complaint;

IT IS HEREBY ORDERED that Defendants show cause before this Court, in Courtroom 705 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 on the 22nd day of June, 2018 at 10:00 a.m./p.m., why a Default Judgment and Permanent Injunction should not be entered against Defendants; and

IT IS FURTHER ORDERED that Plaintiffs shall, by June 11, 2018 ~~within ___ days,~~ serve this Order to Show Cause and supporting papers on Defendants by the same means that they served the Complaint, and note such service on the docket; and

IT IS FURTHER ORDERED that Defendants' responsive papers must be filed and served upon the attorneys for Plaintiffs, by email to kerry@oandzlaw.com, by the ~~day of~~ June 18, 2018, and Plaintiffs' reply papers, if any, shall be filed and served on Defendants by the ~~day of~~ June 21, 2018.

SO ORDERED this 7th day of June, 2018.

_____
Paul G. Gardephe
United States District Judge

2