UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, ELSEVIER, INC., JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FARUKH KHAN, JOONWON PARK, JEONG HYUN CHU, MASUD KARIM, MD. RABIUL ISLAM and DOES 1-10 d/b/a www.testbanksolution.com, www.testbankpdfdownload.com, www.testbankonline.com, www.testbankcart.com, www.digitaltestbank.com, www.testbank007.com, www.solutionmanualcenter.com, www.testbank-official.com, and www.solutionmanualonline.com, <br><br> Defendants. | **Case No. 1:16-cv-09030-PGG** |

**AFFIDAVIT OF SERVICE**

I, Leo M. Lichtman, hereby affirm and state as follows:

On June 8, 2018, I caused copies of the Order to Show Cause issued today (ECF No. 22), and the accompanying memorandum of law and declaration, to be served on Defendants via electronic mail at the following email addresses in accordance with the Court's November 21, 2016 Order (ECF No. 3): farukhkhan2121@gmail.com, farukhkhan2131@outlook.com, joonwonpark123@hotmail.com, findursol@gmail.com, testbankcentre@gmail.com, testbankcentre@yahoo.com, hyanchu858@hotmail.com, kyubok2010@gmail.com, mdrabiulislam1988@hotmail.com, masudkarim1986@hotmail.com, smplustb@gmail.com, terrijay93@gmail.com,

admin@testbank007.com, bestsmtb@gmail.com, contactus@imfareed.com, solutionmanualcentre@gmail.com, aidforstudent@yahoo.com, aidforstudent@gmail.com, webmaster@testbankonline.com, support@testbankcart.com, testbankcart@gmail.com, studyguidenetwork@gmail.com, allsmtb@gmail.com, allsmtb@yahoo.com, info@testbank-official.com, sales@testbank-official.com, barbara.lussiers@gmail.com, florence.kerin@gmail.com, examgo@yahoo.com, info@solutionmanualonline.com, orderonline2014@gmail.com, dishdash2010@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2018
Washington, D.C.