**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MCGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC, ELSEVIER, INC., JOHN
WILEY & SONS, INC., CENGAGE LEARNING,
INC., and PEARSON EDUCATION, INC.,

                      Plaintiffs,

        -against-

FARUKH KHAN, JOONWON PARK,
JEONG HYUN CHU, MASUD KARIM, MD,
RABIUL ISLAM and DOES 1-10 d/b/a
www.testbanksolution.com,
www.testbankpdfdownload.com,
www.testbankonline.com,
www.testbankcart.com,
www.digitaltestbank.com,
www.testbank007.com,
www.solutionmanualcenter.com,
www.testbankofficial.com, and
www.solutionmanualonline.com,

                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

16 **CIVIL** 9030 (PGG)(DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2020, Judge Freeman's R&R is adopted in its entirety. Plaintiffs are awarded total statutory damages of $6.1 million, at a rate of $100,000 for each infringed work. Defendants are jointly and severally liable. Although Plaintiffs also request post-judgment interest, "the amount of any such interest...[is] dictated by statute, see 28 U.S.C. § 1961, and need not be provided for in the judgment itself." (Id. at 16 n.4); accordingly, the case is closed.

**Dated:** New York, New York
         August 18, 2020

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                       **BY:**
                                                   **Deputy Clerk**